Prob 12A (10/16)
VAE (5/17)

# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF VIRGINIA



FILED
JUN 19 2018
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

U.S.A. vs. Chad Jordan                Docket No. 1:17-MJ-463

### Petition on Probation

COMES NOW STANLEY E. LEIGH, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Chad Jordan, who was placed on supervision by the Honorable Ivan D. Davis, United States Magistrate Judge sitting in the Court at Alexandria, Virginia, on the 31st day of October, 2017, who fixed the period of supervision at 1 year, and imposed the general terms and conditions heretofore adopted by the Court and also imposed special conditions and terms as follows:

### SEE PAGE 2

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

See Attachment(s)

**PRAYING THAT THE COURT WILL ORDER** a warrant to be issued directing that the offender appear before the Court to show cause why supervision should not be revoked.

**Bond Recommendation: NO BOND**

**ORDER OF COURT**

Considered and ordered this 19th day of June, 2018 and ordered filed and made a part of the records in the above case.

/s/
Ivan D. Davis
United States Magistrate Judge

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on:

Joanne E. Marden
Digitally signed by Joanne E. Marden
Date: 2018.06.18 09:41:15 -04'00'

for Stanley E. Leigh
U.S. Probation Officer
703-299-2359

Place Alexandria, Virginia

**TO CLERK'S OFFICE**

**Petition on Probation**
Page 2
RE: Jordan , Chad

OFFENSE: Possession of Marijuana, in violation of Title 21, U.S.C. § 844.

SENTENCE: On October 31, 2017, the defendant appeared before Your Honor for sentencing and was placed on a 1 year term of supervised probation pursuant to Title 18, U.S.C. § 3607. The following special conditions were imposed: 1) The defendant must participate in a drug education or treatment program, or both, if ordered to do so by the supervising probation officer; 2) The defendant must undergo drug testing, including but not limited to urinalysis, if ordered to do so by the supervising probation officer; and 3) The defendant must return to court if notified to do so.

On November 22, 2017, a Report of Initial Positive was approved by Your Honor after the defendant signed an admission form conceding to marijuana use on September 28, 2017.

On November 29, 2017, Mr. Jordan was charged in Fairfax County, Virginia, with Speeding 81/55, Expired Registration, and Failure to Update License. On January 29, 2018, he appeared in the General District Court and was convicted on the Speeding charge and assessed a fine and court costs. The remaining traffic offenses were dismissed.

On February 21, 2018, a No Action recommendation was approved following the defendant's new traffic charges and a positive urine screen on January 29, 2018, for the use of marijuana. Mr. Jordan signed an admission form conceding to marijuana use on January 13, 2018.

ADJUSTMENT TO SUPERVISION: Mr. Jordan resides with roommates in Arlington, Virginia, and he is employed as a disc jockey. On December 20, 2017, substance abuse treatment was not recommended by the National Counseling Group. A recent records check did not reveal any new arrests or outstanding warrants, and his Virginia driver's license is revoked.

VIOLATIONS: The following violations are submitted for the Court's consideration.

**CONDITION 2:** **FAILURE TO SUBMIT TRUTHFUL AND COMPLETE MONTHLY SUPERVISION REPORTS TO THE PROBATION OFFICER.**

Mr. Jordan submitted incomplete supervision reports for the months of February 2018, March 2018, and April 2018. On May 14, 2018, this officer mailed the incomplete reports to the address on record with a note for the defendant to complete the forms properly, and return them to the probation office by May 25, 2018. As of this writing, the defendant has not returned any of the requested reports.

**FAILURE TO SUBMIT MONTHLY SUPERVISION REPORTS AS DIRECTED.**

The defendant has failed to submit supervision reports for the month(s) of December 2017 and May 2018.

| | |
|---|---|
| **CONDITION 7:** | **USE OF MARIJUANA.** |

On May 24, 2018, Mr. Jordan submitted a specimen which tested positive for marijuana. He admitted to smoking marijuana around the beginning of May 2018. The defendant's prior drug test submitted on April 18, 2018, was negative.

| | |
|---|---|
| **SPECIAL CONDITION:** | **FAILURE TO REPORT AS DIRECTED BY THE PROBATION OFFICER.** |

On May 16, 2018, Mr. Jordan failed to report to the probation office for drug testing. On May 18, 2018, he acknowledged he received notice to report on May 16, 2018, but he forgot to do so. He failed to report as instructed on May 18, 2018, to make up the missed drug screen.

The defendant failed to report for scheduled drug testing on June 4, 2018, after being placed on code a phone effective May 24, 2018.

On June 5, 2018, this officer left a voice message on the primary phone for the defendant to report for drug testing on the same date or the following day by noon. He failed to report on June 5, 2018, or June 6, 2018.

On June 13, 2018, Mr. Jordan failed to report to the probation office as directed after given instructions via telephone contact on June 12, 2018.

On June 14, 2018, Mr. Jordan failed to report as directed after this officer left written instructions at his approved residence for him to report the same day by 2:00 p.m.

The defendant's current whereabouts are unknown by the probation officer.

SEL/smk